14177. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* NEWSOME.

BLOODWORTH, J. This is a companion case to that of *Louisville & Nashville R. Co.* v. *Newsome,* ante, 621; and is controlled by the decision in that case. *Judgment reversed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 11, 1923.

Description, and counsel's names, as in case next before.

---

14189. NATIONAL COUNCIL JUNIOR ORDER U. A. M. etc. *v.* STUBBS.

BLOODWORTH, J. The judge of the superior court did not err in overruling the certiorari.
*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 11, 1923.

Certiorari; from Fulton superior court — Judge Humphries. November 7, 1922.

*R. B. Blackburn,* for plaintiff in error.

*Mayson & Johnson, J. C. Murphey,* contra.